PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration
CASPAR CHAN, CSBN 294804
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 510-970-4810
    Facsimile: 415-744-0134
    Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH BRADEN,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:21-cv-02420-DMC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have an extension of time to respond to Plaintiff's Complaint in this case. In support of this request, the Commissioner respectfully states as follows:

1. Defendant has not previously requested an extension of this deadline.

2. Per an agreement between this Court and the Office of the General Counsel (OGC) for the Social Security Administration, the Complaint in this case was electronically served (Doc. No. 4). OGC inadvertently overlooked service of the Complaint in this case and did not assign it to Counsel. Counsel for the Commissioner apologizes to the Court and Plaintiff for this oversight.

3. Upon discovery of the issue, OGC immediately took corrective action. OGC promptly assigned this matter to the undersigned Counsel for the Commissioner, who has reviewed the Certified Administrative Record and is looking into the possibility of settling the case without the need for briefing.

4. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that he has no objections.

5. This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests until September 15, 2022, respond to Plaintiff's Complaint.

Respectfully submitted,

Date: *August 30, 2022*     JESSE S. KAPLAN, ATTORNEY AT LAW

By:  */s/ Caspar Chan for Jesse S. Kaplan\**
JESSE S. KAPLAN
*\*Authorized by email on August 30, 2022*
Attorneys for Plaintiff

Date: *August 30, 2022*     PHILIP A. TALBERT
United States Attorney
Eastern District of California

By:  */s/ Caspar Chan*
CASPAR CHAN
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED

Dated:  August 30, 2022



DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE