PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration
CASPAR CHAN, CSBN 294804
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 510-970-4810
    Facsimile: 415-744-0134
    Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH BRADEN, | Civil No. 2:21-cv-02420-DMC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR VOLUNTARY REMAND** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will further develop the record as necessary, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Date: September 12, 2022					JESSE S. KAPLAN, ATTORNEY AT LAW

						By:	/s/ Caspar Chan for Jesse S. Kaplan*
							JESSE S. KAPLAN
							*Authorized by email on September 12, 2022
							Attorneys for Plaintiff

Date: September 12, 2022					PHILIP A. TALBERT
							United States Attorney
							Eastern District of California

						By:	/s/ Caspar Chan
							CASPAR CHAN
							Special Assistant United States Attorney
							Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

Dated:  September 12, 2022

							_____
							DENNIS M. COTA
							UNITED STATES MAGISTRATE JUDGE