JESSE S. KAPLAN   CSB# 103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
(916) 488-3030
(916) 489-9297 fax

Attorney for Plaintiff
KENNETH HOWARD BRADEN III

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| KENNETH HOWARD BRADEN III, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Kilolo Kijakazi, ACTING ) <br> COMMISSIONER OF SOCIAL ) <br> SECURITY, ) <br> ) <br> Defendant. ) <br> ) | No.   2:21-cv-02420-DMC <br><br> STIPULATION AND ORDER APPROVING SETTLEMENT OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT [28 U.S.C. §2412(d)] |

THE PARTIES STIPULATE through the undersigned, subject to the approval of the Court, that plaintiff be awarded attorney fees in the amount of Four Hundred dollars and no cents ($400.00) under the *Equal Access to Justice Act,* 28 U.S.C. §2412(d) and that there will be no award of costs under 28 U.S.C. § 1920. This represents compensation for all legal services rendered by Jesse S. Kaplan in this civil action in accordance with 28 U.S.C. §§ 1920, 2412(d).

Upon the Court's order for EAJA fees to Plaintiff, the government will consider Plaintiff's assignment of those *EAJA* fees to counsel. Pursuant to *Astrue v. Ratliff,* 130 S.Ct. 2521, 2252-2253 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset. Fees shall be made payable to plaintiff, but if the Treasury Department determines plaintiff owes no federal debt, then the government shall pay the fees directly to Jesse S. Kaplan based on an assignment executed by plaintiff and will deliver the payment to said counsel.

This stipulation constitutes a compromise settlement of plaintiff's request for *EAJA* fees and does not constitute an admission of liability on the part of defendant under the *EAJA* or otherwise. Payment of this agreed amount shall constitute a complete release of and bar to, any and all claims that Plaintiff and/or Jesse S. Kaplan, including Jesse S. Kaplan's firm, may have regarding *EAJA* fees relating to this action. This award is without prejudice to plaintiff's counsel's right to fees under 42 U.S.C. §406(b), subject to the savings clause provisions of the *EAJA*.

Dated: October 8, 2022                                     /s/   Jesse S. Kaplan

                                                                              JESSE S. KAPLAN
                                                                              Attorney for Plaintiff

Dated: October 8, 2022                                     /s/ per email authorization

                                                                              CASPAR CHEN
                                                                              Special Assistant U.S. Attorney
                                                                              Attorney for Defendant

## ORDER

GOOD CAUSE APPEARING from the foregoing stipulation, IT IS ORDERED that defendant pay plaintiff's attorney fees pursuant to the *EAJA* in accordance with this stipulation.

Dated: October 17, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE